Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGENE E. TURNER, PRO SE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE (USPS), <br> FEDERAL BUREAU OF INVESTIGATION, (FBI), <br><br> Defendants. | NO. C07-5008RBL <br><br> **ORDER GRANTING FEDERAL DEFENDANT FBI'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Good Cause having been shown upon the motion by the FBI, it is hereby ORDERED that the FBI's Motion for Extension of Time to file its Response to Complaint is GRANTED. The FBI may file its Response no later than April 2, 2007.

DATED this 22nd day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
EXTENSION OF TIME (C06-5705RBL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3   Presented by:
4   JEFFREY C. SULLIVAN
    United States Attorney
5
6   s/Patricia D. Gugin
    PATRICIA D. GUGIN, PABA #54927
7   Assistant United States Attorney
    Attorney for Defendant United States of America
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION FOR
EXTENSION OF TIME (C06-5705RBL)  - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800